ACCEPTED
03-15-00461-CV
7850582
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 4:10:23 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00461-CV

| | | |
|---|---|---|
| CYCLED PLASTICS, LTD., | § | IN THE THIRD |
| CYCLED PLASTICS | § | |
| MANAGEMENT, LLC, ADAM | § | |
| MOSIER, MICHAEL LARGENT, | § | |
| KENNETH BRIMMER and | § | |
| HDI PLASTICS, INC., | § | |
|     Appellants | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| BROWN REAL ESTATE | § | |
| VENTURES 5, | § | |
|     Appellee | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 4:10:23 PM
JEFFREY D. KYLE
Clerk

AND

| | | |
|---|---|---|
| BROWN REAL ESTATE | § | IN THE THIRD |
| VENTURES 5, | § | |
|     Cross-Appellant | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| HDI PLASTICS, INC., | § | |
|     Cross-Appellee | § | AUSTIN, TEXAS |

## AGREED MOTION TO EXTEND TIME TO FILE BRIEFS

Appellants, Cycled Plastics, Ltd., Cycled Plastics Management, LLC, Adam Mosier, Michael Largent, Kenneth Brimmer and HDI Plastics, Inc., and Cross-Appellants Brown Real Estate Ventures 5 ask the Court to extend the time to file their brief.

1.    There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

1

2. All parties have agreed to this motion. Because of current caseloads and the intervening holidays, the parties request the indulgence of the Court.

3. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

4. Appellants' and Cross-Appellant's brief are due November 30, 2015.

5. Appellants' and Cross-Appellant request an additional 45 days to file their brief, extending the time until January 14, 2016.

6. No extension has been granted to extend the time to file Appellants' and Cross-Appellant's brief.

7. Appellants and Cross-Appellant need additional time to file their briefs.

For these reasons, Appellants and Cross-Appellant ask the Court to grant an extension of time to file their brief until January 14, 2016.

Respectfully submitted,

The Deitch Law Offices

Michael Deitch
State Bar Number 05644550
Brian Deitch
State Bar Number 24067572
800 Rio Grande
Austin, Texas 78701
512/ 474-1554
512/ 474-1579 Fax
mike.d@dhpc-law.com
brian@dhpc-law.com

Attorneys for Cross-Appellant Brown Real
Estate Ventures 5

Respectfully submitted,

Leighton, Williams, Adkinson & Brown,
PLLC

M. Matthew Williams
State Bar Number 24047115
Glenn A. Brown
State Bar Number 00796255
12117 Bee Caves Road, Suite 3-240
Austin, Texas 78738
512/ 322-2001
512/ 322-0882 Fax
matt@lwablaw.com
glenn@lwablaw.com

Attorneys for Appellants Cycled Plastics,
Ltd., Cycled Plastics Management, LLC,
Adam Mosier, Michael Largent and Kenneth
Brimmer

Respectfully submitted,

Appellant HDI Plastics, Inc.

By: _____
Kenneth Brimmer, President
10275 Wayzata Blvd.
Minnetonka, MN 55305

3

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Mr. Williams (counsel for Appellants Cycled Plastics, Ltd., Cycled Plastics Management, LLC, Adam Mosier, Michael Largent and Kenneth Brimmer) and with Mr. Brimmer (President of Appellant HDI Plastics, Inc., pro se) and they have agreed as evidenced by their signatures above.

_____
Michael Deitch